# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

v.   Case No. 2:99-cr-110-FtM-29DNF

**JOSEPH ANTHONY FERRENTI, JR.**

---

## REVOCATION OF SUPERVISED RELEASE
## AND JUDGMENT AND COMMITMENT

On November 17, 2000, Joseph Anthony Ferrenti, Jr. appeared before the Court for the charge of Conspiracy to Possess with Intent to Distribute a Cocaine Base and received a sentence imposing 84 Months' incarceration and a period of supervised release of Five Years.

On December 6, 2006, the defendant Joseph Anthony Ferrenti, Jr. appeared before the Court with counsel Frank Zaremba and counsel for the government, Doug Molloy. After being advised of his rights, the defendant admitted violations one, two and three alleged in the Petition (Doc. #60) filed by Probation on October 20, 2006.

The Court finds, after hearing from counsel and the defendant, that the defendant has violated the terms of the Supervised Release for the reasons stated in the Petition.

It is, therefore, **ORDERED AND ADJUDGED:**

**The Petition (Doc. # 60) is GRANTED.**

1.   Supervised Release is **REVOKED** and the defendant **JOSEPH ANTHONY FERRENTI, JR.** is hereby committed to the custody of the Bureau of Prisons for **IMPRISONMENT** for a period of **Six (6) Months.**

2.   **Supervised Release** is not reimposed.

3. The defendant is hereby **REMANDED** to the custody of the United States Marshal Service to await designation of the facility.

It is further **ORDERED** that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

**DONE** and **ORDERED** at Fort Myers, Florida this 7th day of December, 2006.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record